# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTINE A. DANIELS, a Wisconsin citizen;<br><br>     Plaintiff,<br><br>  vs.<br><br>MESILLA VALLEY TRANSPORTATION, a Texas Corporation; and JOSE M. ALCALA, a Texas citizen;<br><br>     Defendants. | **4:16CV3185**<br><br>**SHOW CAUSE ORDER** |

   The above-captioned suit was filed on December 12, 2016. On May 17, 2017, the parties advised the Court that they would mediate this dispute by August 15, 2017. On May 17, 2017, the Court entered an order directing the parties to mediate the action no later than August 15, 2017. The parties were also ordered by the Court to file a mediation report within seven (7) days following mediation. (Text Order Nos. 19, 20.) On August 23, 2017, the Court sent an email to counsel to ascertain the outcome of mediation. On August 29, 2017, the Court emailed counsel again requesting a status report with the admonishment that a response was required by 12:00 p.m. on September 1, 2017. No response was received to either of the Court's emails.

   Accordingly,

   **IT IS ORDERED** that by or before **September 8, 2017**, Plaintiff and Defendant shall show cause why this action should not be dismissed based on their failure to comply with this Court's order. Failure to comply with this Order will result in a recommendation to Senior United States District Court Judge Richard G. Kopf that this action be dismissed.

   Dated this 1st day of September, 2017.

                      BY THE COURT:

                      s/ Susan M. Bazis
                      United States Magistrate Judge