IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTINE A. DANIELS, a Wisconsin citizen, | ) ) ) | |
| Plaintiff, | ) ) | 4:16CV3185 |
| v. | ) ) ) | |
| MESILLA VALLEY TRANSPORTATION, a Texas Corporation, and JOSE M. ALCALA, a Texas citizen, | ) ) ) ) ) ) | **JUDGMENT** |
| Defendants. | ) ) | |

Pursuant to the terms of the parties' Stipulated Motion for Dismissal With Prejudice (Filing No. 32) and Fed. R. Civ. P. 41, all claims brought or that could have been brought by Plaintiff, Christine A. Daniels, against Defendants, Mesilla Valley Transportation and Jose M. Alcala, are dismissed, with prejudice, with all parties paying their or its own costs and attorneys' fees.

DATED this 7th day of February, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge